1541

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 11 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26- 166 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)) |
| | ) | |
| JUSTIN MARSHALL BYERS | ) | **[UNDER SEAL]** |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about August 3, 2026, in the Western District of Pennsylvania, the defendant, JUSTIN MARSHALL BYERS, did knowingly possess visual depictions, namely, images and videos in computer graphic and digital files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who have not attained 12 years of age engaging in sexually explicit conduct, all of which had been shipped and transported using any means or facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant JUSTIN MARSHALL BYERS that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253 in the event of the defendant's conviction under Count One of this Indictment.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Indictment, in violation of Title 18, United States Code, Section 2252, the defendant, JUSTIN MARSHALL BYERS, shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property subject to this forfeiture notice includes, but is not limited to: one (1) iPhone 13 S/N QWJQW13CF0; one (1) white iPhone IMEI Number 013896001387592; one (1) Amazon Tablet; one (1) black iPhone Model Number A1778; and one (1) Acer Chromebook S/N NXK3VAA002313019627600.

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID 56816

ROBERT C. SCHUPANSKY
Assistant United States Attorney
PA ID No. 82158